```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13269
    LYNETTE M AUSTIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1746

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was confirmed 07/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
CREDIT ACCEPTANCE CORP    SECURED NOT I     4400.00           .00            .00
CREDIT ACCEPTANCE CORP    UNSECURED         5451.54           .00            .00
OCWEN FEDERAL BANK        CURRENT MORTG       .00             .00            .00
OCWEN FEDERAL BANK        MORTGAGE ARRE       .00             .00            .00
DISH NETWORK              UNSECURED        NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED          473.34           .00            .00
DISH NETWORK              UNSECURED        NOT FILED          .00            .00
US CELLULAR               UNSECURED        NOT FILED          .00            .00
AT&T BROADBAND            UNSECURED        NOT FILED          .00            .00
SUBURBAN EMERGENCY PHYSI  UNSECURED        NOT FILED          .00            .00
ARROW FINANCIAL SERVICES  UNSECURED          835.44           .00            .00
SHAPIRO & FISHER          NOTICE ONLY      NOT FILED          .00            .00
GMAC                      UNSECURED        14965.03           .00            .00
EVERGREEN EMERGENCY SERV  UNSECURED        NOT FILED          .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED        NOT FILED          .00            .00
SEVENTH AVENUE            UNSECURED          329.00           .00            .00
CITY OF COUNTRY CLUB HIL  UNSECURED          300.00           .00            .00
SEVENTH AVENUE            UNSECURED        NOT FILED          .00            .00
US BANK NATIONAL ASSOCIA  MORTGAGE NOTI    NOT FILED          .00            .00
BANK OF AMERICA NA        UNSECURED          343.07           .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,998.00                      1,336.76
TOM VAUGHN                TRUSTEE                                          116.24
DEBTOR REFUND             REFUND                                              .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   1,453.00

PRIORITY                                                     .00
SECURED                                                      .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13269 LYNETTE M AUSTIN
```

```
UNSECURED                                                              .00
ADMINISTRATIVE                                                    1,336.76
TRUSTEE COMPENSATION                                                116.24
DEBTOR REFUND                                                          .00
                                          ----------------    ----------------
TOTALS                                           1,453.00           1,453.00
```

 Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```